Empire State Pickling Company, Respondent, v. Joseph F. Pfister, Appellant.— Order affirmed, with ten dollars costs and disbursements,

---

* Liquor Tax Law (Consol. Laws, chap. 34; Laws of 1909, chap. 39).— [REP.

without prejudice to a new motion to open the default as a matter of favor on showing merits. Held, that plaintiff's practice was regular. All concurred, except Kruse, P. J., who dissented upon the following grounds: *First*, that the notice of trial is defective and insufficient as to form and manner of service; *second*, that in any event judicial discretion requires the opening of the judgment.